UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---------------------------------------------------------------------------x

Joselyn Oigbokie

individually and on behalf of all others similarly situated,

                Plaintiff,

                                                                                   Case No.: 1:21-cv-2626

      -against-

Recovery Management Services, Inc.;

and John Does 1-25.

                Defendant(s).

---------------------------------------------------------------------------x

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** October 24, 2021

| For Plaintiff Joselyn Oigbokie | For Defendant Recovery Management Services, Inc. |
|---|---|
| */s/ Yaakov Saks* <br> Yaakov Saks <br> Stein Saks, PLLC <br> One University Plaza <br> Hackensack, NJ 07601 <br> Ph: (201) 282-6500 <br> ysaks@steinsakslegal.com | */s/ Jennifer W. Weller* <br> Jennifer W. Weller <br> Hinshaw & Culbertson LLP <br> 151 North Franklin Street suite 2500 <br> Chicago, IL 60606 <br> Ph: (312) 704-3000 <br> jweller@hinshawlaw.com |

|  |  |
|--|--|
|  |  |

## CERTIFICATE OF SERVICE

I certify that on October 24, 2021, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                               */s/ Yaakov Saks*
                               Yaakov Saks
                               **Stein Saks, PLLC**
                               *Attorneys for Plaintiff*